Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  SHARON L. BICKFORD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SHARON L. BICKFORD, | Case No.:  2:15-CV-01681 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Sharon L. Bickford ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 15, 2016; and that Defendant shall have until April 14, 2016, to file her opposition.  Any reply by plaintiff will be due May 4, 2016.

1 An extension of time for plaintiff is needed in order to properly conduct good faith settlement negotiations.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 8, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  February 8, 2016          BENJAMIN WAGNER
United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including March 15, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to April 14, 2016 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due May 4, 2016.

IT IS SO ORDERED.

Dated:  February 19, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE