Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff SHARON L. BICKFORD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHARON L. BICKFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:15-CV-01681 CMK<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

　　TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　Plaintiff Sharon L. Bickford ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to April 14, 2016; and that Defendant shall have until May 16, 2016, to file her opposition. Any reply by plaintiff will be due June 6, 2016.

1  A second extension of time is needed because in addition to the cancer related spinal surgery in January, Plaintiff's Counsel and his spouse were informed that a recent MRI revealed she has three brain tumors which required radiation treatment beginning the week of February 8, 2016.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 15, 2016    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  March 15, 2016    BENJAMIN WAGNER
United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including April 14, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to May 16, 2016
4 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due
5 June 6, 2016.
6    IT IS SO ORDERED.
7 Dated:  March 17, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-3-