PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHARON L. BICKFORD, | Case No.: 2:15-cv-1681-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her motion for summary judgment by **35 days** to **June 20, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

There is good cause for this extension because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act, conducting discovery and drafting substantive pleadings in personnel-related litigation pending before the Equal

Employment Opportunity Commission, and preparing for a hearing in personnel litigation pending before the Merit Systems Protection Board.  Accordingly, Defendant needs additional time to prepare her summary judgment motion.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>May 12, 2016</u>　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　By:　<u>/s/ Asim H. Modi  for Steven G. Rosales*</u>
　　　　　　　　　　　　　　　　STEVEN G. ROSALES
　　　　　　　　　　　　　　　　*Authorized by email on May 12, 2016*
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: <u>May 12, 2016</u>　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　By:　<u>/s/ Asim H. Modi</u>
　　　　　　　　　　　　　　　　ASIM H. MODI
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED

Dated:  May 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE