PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| SHARON L. BICKFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01681-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 20, 2016, to September 29, 2016.  Defendant apologizes to the Court and its staff for the significant delay in providing her response to Plaintiffs motion.  Defendant respectfully requests this additional time because previous counsel was on extended leave and the case was inadvertently not re-assigned.  This case was recently re-assigned to present counsel for immediate briefing.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:15-cv-01681-CMK           1

Respectfully submitted,

Dated: September 6, 2016  /s/ Steven Gilbert Rosales
(*as authorized via email on 9/6/2016)
STEVEN GILBERT ROSALES
Attorney for Plaintiff

Dated: September 6, 2016  PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 14, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.; 2:15-cv-01681-CMK                2